# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JULIA A. LEACH  
      4604 AUBURN STREET       SSN-xxx-xx-4754       Case Number: 07-72013  
      ROCKFORD, IL  61101

Case filed on: 8/24/2007  
Plan Confirmed on: 11/27/2007

D Dismissed

Total funds received and disbursed pursuant to the plan:  $250.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 233.76 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 233.76 | 0.00 |
| 999 | JULIA A. LEACH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | JP MORGAN CHASE BANK NA | 20,368.20 | 20,368.20 | 0.00 | 0.00 |
| 021 | VAUGHTN T.V. & APPLIANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 20,368.20 | 20,368.20 | 0.00 | 0.00 |
| 002 | AFFILIATED CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | COMED CO | 380.13 | 380.13 | 0.00 | 0.00 |
| 005 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CRUSADER CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | KEN-Z ROOFING INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MUTUAL MANAGEMENT SERVICES | 8,236.88 | 8,236.88 | 0.00 | 0.00 |
| 010 | NICOR GAS | 4,389.95 | 4,389.95 | 0.00 | 0.00 |
| 011 | PALISADES COLLECTION, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | PENN CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | R & B RECEIVABLES MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROCKFORD MERCANTILE AGENCY INC | 4,927.34 | 4,927.34 | 0.00 | 0.00 |
| 017 | SECURITY FINANCE | 220.00 | 220.00 | 0.00 | 0.00 |
| 018 | STATE COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | SWEDISH AMERICAN HOSPITAL | 3,434.52 | 3,434.52 | 0.00 | 0.00 |
| 020 | TCF BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | SWEDISH AMERICAN ER PHYSICIANS | 531.00 | 531.00 | 0.00 | 0.00 |
| 023 | ASSET ACCEPTANCE CORP | 1,258.77 | 1,258.77 | 0.00 | 0.00 |
| 024 | VATIV RECOVERY SOLUTIONS LLC | 576.58 | 576.58 | 0.00 | 0.00 |
|  | Total Unsecured | 23,955.17 | 23,955.17 | 0.00 | 0.00 |
|  | Grand Total: | 47,323.37 | 47,323.37 | 233.76 | 0.00 |

Total Paid Claimant:     $233.76  
Trustee Allowance:     $16.24  
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

      /s/ Lydia S. Meyer  
      Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008        By  /s/Heather M. Fagan